■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSCOE SIMPSON, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 3, 1961, requiring him to perfect his appeal for the September 1961 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SADOWY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — On the court's own motion, the decision handed down December 27, 1961 (ante, p. 559), is amended by striking out the designation of counsel to prosecute the appeal, and by designating Richard R. McCabe, Esq., 11 Market St., Poughkeepsie, N. Y., as such counsel. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MICHAEL J. COLOSIMO, Respondent, v. MILDRED ROSENSTOCK et al., Appellants.—

In our opinion, the record presents triable issues of fact which may not be resolved upon a motion for summary judgment. (Seman v. Harran, 15 A D 2d 506; Mapp v. Kipperman, 12 A D 2d 958; Block v. Acerra, 12 A D 2d 525; Mandell v. Field, 11 A D 2d 1074.) Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.